ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA
CLARA COUNTY SHERIFF'S
DEPARTMENT, DEPUTY ENG, DEPUTY
ANDERSON and DEPUTY ROGERS

FILED
E-FILING  2008 MAY 14  P 3 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MASTERS, | No. C08-02473 PVT |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, DEPUTY ROGERS, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, DEPUTY ANDERSON, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, and DOES 1-25, | |
| Defendants. | |

Please see attached Proof of Service.

126352.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service                                   -1-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Masters v. County of Santa Clara, et al.*                    No. Unassigned

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the following documents:

1) **CIVIL COVER SHEET;**

2) **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b); and**

3) **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT with attached NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

by placing said copy in an envelope addressed to:

Timothy D. McMahon, Esq.
CORSIGLIA, McMAHON & ALLARD LLP
96 North Third Street, Suite 620
San Jose, CA 95112

which envelope was then sealed, with postage fully prepaid thereon, on **May 14, 2008**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 14, 2008**, at San Jose, California.

_____
Anna Marie B. Espiritu

126328.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California