1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
6  CLARA COUNTY SHERIFF'S
   DEPARTMENT, DEPUTY ENG, DEPUTY
7  ANDERSON AND DEPUTY ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| NICK MASTERS, | NO. 0802473 PVT |
| Plaintiff, | **STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT FOR DAMAGES** |
| v. | |
| COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, DEPUTY ROGERS, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, DEPUTY ANDERSON, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, and DOES 1-25, | **Civil L.R. 6-1(a)** |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

Defendants County of Santa Clara, Santa Clara County Sheriff's Department, Deputy Eng, Deputy Rogers and Deputy Anderson, shall have until Friday, June 27, 2008 to respond to the complaint in the above-captioned matter. Defendant's response time has been enlarged from June 3, 2008. The initial date set by the Court is August 12, 2008 for filing of the Joint ADR Certification and the parties do not believe the stipulation will

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Enlarge Time to Respond to
Complaint for Damages                    -1-                    0802473 PVT

1  alter or interfere with the Court's May 14, 2008 ORDER setting the initial Case

2  Management Conference.

3  **IT IS SO STIPULATED.**

4  Dated: June 2, 2008                    By:    /S/
                                                 ROBERT ALLARD, ESQ.
5
                                                 Attorney for Plaintiff
6                                                NICK MASTERS

7       I hereby attest that I have on file all holograph signatures for any signatures indicated by

8  a "conformed" signature (/S/) within this e-filed document.

9  Dated: June 2, 2008                    Respectfully submitted,

10                                         ANN MILLER RAVEL
                                           County Counsel
11
                                    By:    /S/
12                                         DAVID M. ROLLO
                                           Deputy County Counsel
13
                                           Attorneys for Defendants
14                                         COUNTY OF SANTA CLARA, SANTA
                                           CLARA COUNTY SHERIFF'S
15                                         DEPARTMENT, DEPUTY ENG,
                                           DEPUTY ANDERSON AND DEPUTY
16                                         ROGERS

17

18

19

20

21

22

23

24

25

26
   128797.wpd
27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation to Enlarge Time to Respond to
Complaint for Damages                    -2-                              0802473 PVT