1  B. ROBERT ALLARD  SBN 175592
   CORSIGLIA MCMAHON & ALLARD LLP
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127
4
   ATTORNEYS FOR PLAINTIFF NICK MASTERS
5

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

12 | NICK MASTERS,                              ) No. CO8 02473 PVT
13 |                    Plaintiff,              ) **NOTICE OF APPEARANCE OF**
                                                ) **COUNSEL**
14 | vs.                                        )
                                                )
15 | COUNTY OF SANTA CLARA, SANTA               )
   | CLARA COUNTY SHERIFFS                      )
16 | DEPARTMENT; DEPUTY ENG,                    )
   | individually, and in his capacity as a     )
17 | Deputy Sheriff for the COUNTY OF           )
   | SANTA CLARA; DEPUTY ANDERSON,              )
18 | individually, and in his capacity as a     )
   | Deputy Sheriff for the COUNTY OF           )
19 | SANTA CLARA; DEPUTY ROGERS,                )
   | individually, and in his capacity as a     )
20 | Deputy Sheriff for the COUNTY OF           )
   | SANTA CLARA, and DOES 1-25,                )
21 | inclusive,                                 )
                                                )
22 |                    Defendants.             )
                                                )
23

24 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE THAT B. Robert Allard of the law firm of Corsiglia, McMahon

26 & Allard hereby appears as lead attorney for the plaintiff, NICK MASTERS.

27 ///

28

---
NOTICE OF APPEARANCE OF COUNSEL                     1                               No. CO8 022473 PVT

Dated: June 4, 2008

CORSIGLIA McMAHON & ALLARD

By: _____
B. ROBERT ALLARD
Attorneys for Plaintiff
NICK MASTERS

M:\BRA\Masters\Notice of Appearance.wpd