ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA
CLARA COUNTY SHERIFF'S
DEPARTMENT, DEPUTY ENG, DEPUTY
ANDERSON AND DEPUTY ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| NICK MASTERS, | NO.  0802473 PVT |
| Plaintiff, | **DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS** |
| v. | |
| COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, DEPUTY ROGERS, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, DEPUTY ANDERSON, individually and in his capacity as a Deputy Sheriff for the County of Santa Clara, and DOES 1-25, | **(DEMAND FOR JURY TRIAL)** |
| Defendants. | |

Defendants, County of Santa Clara, Santa Clara County Sheriff's Department, and Deputies Eng, Anderson and Rogers, hereby Answer Plaintiff's Complaint for Damages for Violation of Civil Rights, and admit, deny, and allege as follows:

**GENERAL ALLEGATIONS**

Answering the allegations of paragraph 1 of the Complaint, Defendants admit Plaintiff

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to Complaint for Damages
for Violation of Civil Rights            -1-                    0802473 PVT

1  resided in Santa Clara County at the time of the incident alleged.

2  Answering the allegations of paragraph 2 of the Complaint, Defendants admit that the
3  County of Santa Clara is a charter county of the state, duly organized and existing under and by
4  virtue of the laws of the State of California. Defendants deny all other allegations.

5  Answering the allegations of paragraph 3 of the Complaint, Defendants admit Deputy Eng
6  was employed by the Defendant County as a Deputy Sheriff.

7  Answering the allegations of paragraph 4 of the Complaint, Defendants admit Deputy
8  Anderson is a female officer, and was employed by Defendant County as a Deputy Sheriff.

9  Answering the allegations of paragraph 5 of the Complaint, Defendants admit Deputy
10  Rogers was employed by Defendant County as a Deputy Sheriff.

11  Answering the allegations of paragraph 6 of the Complaint, Defendants admit those
12  allegations.

13  Answering the allegations of paragraphs 7, 8 and 9 of the Complaint, Defendants deny all
14  allegations contained therein.

15  Answering the allegations of paragraph 10 of the Complaint, Defendants admit the
16  Defendant Sheriff's Deputies acted under color of law and in the scope of their employment with
17  the County. Defendants deny all other allegations.

18  Answering the allegations of paragraphs 11 and 12 of the Complaint, Defendants deny all
19  allegations therein.

20  **PRELIMINARY ALLEGATIONS**

21  Answering the allegations of paragraph 13 of the Complaint, Defendants admit this Court
22  has jurisdiction and that venue is proper.

23  Answering the allegations of paragraph 14 of the Complaint, Defendants deny all allegations
24  therein.

25  **FACTUAL ALLEGATIONS**

26  Answering the allegations of paragraphs 15, 16, 17, 18 and 19 of the Complaint, Defendants
27  deny all allegations therein.

28  Answering the allegations of paragraph 20 of the Complaint, Defendants admit Plaintiff

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to Complaint for Damages
for Violation of Civil Rights     -2-     0802473 PVT

made a complaint to the Sheriff's Department. Defendants deny all other allegations therein.

Answering the allegations of paragraphs 21, 22, 23, 24 and 25 of the Complaint, Defendants deny all allegations therein.

**FIRST CAUSE OF ACTION**
**(42 U.S.C. § 1983)**
**(Against Defendants Eng, Anderson and Rogers and Does 1 to 25)**

As to the allegations contained in paragraph 26, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraph 27 of the Complaint, Defendants deny all allegations therein.

**SECOND CAUSE OF ACTION**
**(42 U.S.C. § 1983)**
**(Against Defendant County of Santa Clara and the**
**County of Santa Clara Sheriff's Department)**

As to the allegations contained in paragraph 28 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 29, 30, 31, 32, 33, 34 and 35 of the Complaint, Defendants deny all allegations therein.

**THIRD CAUSE OF ACTION**
**(Assault and Battery)**
**(Against Defendants Eng, Anderson and Rogers and Does 1 to 25)**

As to the allegations contained in paragraph 37 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 37, 38 and 39 of the Complaint, Defendants deny all allegations contained therein.

**FOURTH CAUSE OF ACTION**
**(False Imprisonment)**
**(Against Defendants Eng, Anderson and Rogers and Does 1 to 25)**

As to the allegations contained in paragraph 40 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 41, 42, 43 and 44 of the Complaint, Defendants deny all allegations therein.

**FIFTH CAUSE OF ACTION**
**(Intentional Infliction of Emotional Distress)**
**(Against Defendants Eng, Anderson and Rogers and Does 1 to 25)**

As to the allegations contained in paragraph 45 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 46, 47 and 48 of the Complaint, Defendants deny all allegations therein.

**SIXTH CAUSE OF ACTION**
**(Negligent Infliction of Emotional Distress)**
**(Against Defendants Eng, Anderson and Rogers and Does 1 to 25)**

As to the allegations contained in paragraph 49 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 50 and 51 of the Complaint, Defendants deny all allegations therein.

**SEVENTH CAUSE OF ACTION**
**(Violation of California Civil Code § 51.7)**
**(Against all Defendants)**

As to the allegations contained in paragraph 52 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 53, 54 and 55 of the Complaint, Defendants deny all allegations therein.

**EIGHTH CAUSE OF ACTION**
**(Violation of California Civil Code § 52.1)**
**(Against all Defendants)**

As to the allegations contained in paragraph 56 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 57, 58, 59 and 60 of the Complaint, Defendants deny all allegations therein.

**NINTH CAUSE OF ACTION**

No ninth cause of action is pled and Defendants make no response thereto.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to Complaint for Damages
for Violation of Civil Rights                -4-                                    0802473 PVT

### TENTH CAUSE OF ACTION
(Negligence)
(Against All Defendants)

As to the allegations contained in paragraph 61 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 62, 63, 64 and 65 of the Complaint, Defendants deny all allegations therein.

### ELEVENTH CAUSE OF ACTION
(Negligent Hiring, Retention, Training, Supervision and Discipline)
(Against Defendants County, Department and Does 1-25)

As to the allegations contained in paragraph 66 of the Complaint, Defendants incorporate and reallege their answers to all previous allegations.

Answering the allegations contained in paragraphs 67, 68, 69, 70 and 71 of the Complaint, Defendants deny all allegations therein.

### PRAYER

Defendants deny Plaintiff is entitled to damages, injunctive relief, statutory damages, attorney's fees, costs or any other recovery or relief sought or requested.

### AFFIRMATIVE DEFENSES

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that the Complaint fails to state facts sufficient to constitute a cause of action and/or claim for relief.

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff was guilty of willful misconduct, carelessness and/or negligence in and about the matters alleged in the Complaint, and that said misconduct, carelessness and/or negligence was the sole cause and/or a substantial factor of any alleged injuries and/or damages.

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that the sole cause and/or substantial factor of any alleged injuries or damages was the negligence and/or intentional conduct of persons, or entities for which Defendants have no responsibility and that Plaintiff's recovery, if any, from any answering Defendant should therefore

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to Complaint for Damages
for Violation of Civil Rights                -5-                    0802473 PVT

1  be barred or reduced to the extent of said parties' conduct.

2  AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE to the
3  Complaint, Defendants allege that Plaintiff has failed to mitigate his alleged damages.

4  AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint,
5  Defendants are informed and believe, and thereon allege that Plaintiff, with full appreciation of the
6  particular risks involved, nevertheless knowingly and voluntarily assumed the risk of the activity
7  complained of and the damages, if any, resulting therefrom.

8  AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint,
9  Defendants allege that their conduct or the conduct of any agents and/or employees, was at all times
10 privileged and/or justified under the facts and circumstances.

11 AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the
12 Complaint, Defendants allege that at all times they or their agents and/or employees had reasonable
13 and/or probable cause to stop, question and detain Plaintiff.

14 AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE to the
15 Complaint, Defendants allege that Plaintiff has failed to comply with the provisions of the
16 California Tort Claims Act.

17 AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint,
18 Defendants allege that at all times they or their agents and/or employees acted without malice and
19 with a good faith belief in the propriety of their conduct, and performed and discharged in good
20 faith each and every duty and/or obligation, if any, owed to Plaintiff.

21 AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint,
22 Defendants allege that any conduct by them or their agents and/or employees was proper, legal and
23 in substantial compliance with all applicable regulations, codes, statutes and/or ordinances.

24 AS AND FOR AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the
25 Complaint, Defendants allege that any acts and/or omissions on the part of them or their agents
26 and/or employees were subjectively and/or objectively reasonable so as to entitle Defendants and/or
27 their employees to absolute or qualified immunity based upon applicable federal and state law for
28 any acts and/or omissions as alleged.

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to Complaint for Damages
for Violation of Civil Rights                    -6-                              0802473 PVT

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff's claims are barred by the appropriate statute of limitations as set forth in the Code of Civil Procedure, and that Plaintiff has pled no facts or circumstances tolling said statute.

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants allege that Plaintiff has failed to comply with the applicable claim presentation requirements of the Government Code and such failure precludes Plaintiff from maintaining this action against Defendants.

AS AND FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to the Complaint, Defendants assert each and every defense and immunity afforded to them by California Government Code § 800-1000, and any other statutorily or judicially prescribed defenses or immunities set forth in federal and state law, including but not limited to sections 815, 815.2, 818, 818.2, 818.8, 820.2, 820.4, and 820.8.

WHEREFORE, Defendants pray that Plaintiff take nothing by way of the Complaint, that Defendants have judgment entered against Plaintiff for their cost of suit, and for such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

All Defendants hereby demand a jury trial in this action.

Dated: June 25, 2008                                Respectfully submitted,

                                                    ANN MILLER RAVEL
                                                    County Counsel


                                                    By:        /S/
                                                         DAVID M. ROLLO
                                                         Deputy County Counsel

                                                    Attorneys for Defendants
                                                    COUNTY OF SANTA CLARA, SANTA
                                                    CLARA COUNTY SHERIFF'S
                                                    DEPARTMENT, DEPUTY ENG,
                                                    DEPUTY ANDERSON AND DEPUTY
                                                    ROGERS

132229.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Answer to Complaint for Damages
for Violation of Civil Rights           -7-                              0802473 PVT