1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
3   San Jose, California 95110-1770
    Telephone: (408) 299-5900
4   Facsimile: (408) 292-7240

5   Attorneys for Defendants
    COUNTY OF SANTA CLARA, SANTA
6   CLARA COUNTY SHERIFF'S
    DEPARTMENT, DEPUTY ENG, DEPUTY
7   ANDERSON and DEPUTY ROGERS

8

9                    UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      (San Jose Division)

11

12

13  NICK MASTERS,                    )   Case No. C08-02473 PVT
                                     )
14       Plaintiff,                  )   **STIPULATION AND [PROPOSED] ORDER**
                                     )   **SELECTING ADR PROCESS**
15  v.                               )
                                     )
16  COUNTY OF SANTA CLARA et. al.,   )
                                     )
17       Defendants.                 )
    _____)

18

19       Counsel report that they have met and conferred regarding ADR and have reached the

20  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

21       The parties agree to participate in Early Neutral Evaluation.

22       The parties agree to hold the ADR session by December 19, 2008.

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                    1                    0802473 PVT

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2    "conformed" signature (/S/) within this efiled document.

3                                                ANN MILLER RAVEL
                                                County Counsel
4

5    Dated:  August 12, 2008              By:    _____/S/_____
                                                DAVID M. ROLLO
6                                                Deputy County Counsel

7                                                Attorneys for Defendants
                                                COUNTY OF SANTA CLARA, SANTA
8                                                CLARA COUNTY SHERIFF'S
                                                DEPARTMENT, DEPUTY ENG,
9                                                DEPUTY ANDERSON and DEPUTY
                                                ROGERS
10

11

12   Dated:  August 12, 2008              By:    _____/S/_____
                                                ROBERT ALLARD, ESQ.
13

14                                               Attorneys for Plaintiff
                                                NICK MASTERS
15

16                               **[PROPOSED] ORDER**

17        Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral

18   Evaluation.  The deadline for ADR Session is December 19, 2008.

19   IT IS SO ORDERED.

20   Dated: _____          _____
                                                UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28   139238.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                    2                    0802473 PVT