| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA, SANTA |
| 6 | CLARA COUNTY SHERIFF'S |
| | DEPARTMENT, DEPUTY ENG, DEPUTY |
| 7 | ANDERSON and DEPUTY ROGERS |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| NICK MASTERS, | ) | Case No.  C08-02473 PVT |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [~~XXXXXXXXX~~] ORDER SELECTING ADR PROCESS** |
| v. | ) | |
| COUNTY OF SANTA CLARA et. al., | ) | |
| Defendants. | ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in Early Neutral Evaluation.

The parties agree to hold the ADR session by December 19, 2008.

/ /

/ /

/ /

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process                     1                          0802473 PVT

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2    "conformed" signature (/S/) within this efiled document.

                                              ANN MILLER RAVEL
                                              County Counsel

Dated: August 12, 2008            By:     /S/
                                              DAVID M. ROLLO
                                              Deputy County Counsel

                                              Attorneys for Defendants
                                              COUNTY OF SANTA CLARA, SANTA
                                              CLARA COUNTY SHERIFF'S
                                              DEPARTMENT, DEPUTY ENG,
                                              DEPUTY ANDERSON and DEPUTY
                                              ROGERS

Dated: August 12, 2008            By:     /S/
                                              ROBERT ALLARD, ESQ.

                                              Attorneys for Plaintiff
                                              NICK MASTERS

## [XXXXXXXXXX] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation. The deadline for ADR Session is December 19, 2008.

IT IS SO ORDERED.

Dated: August 14, 2008                      *Patricia V. Trumbull*
                                              UNITED STATES DISTRICT JUDGE

139238.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process          2          0802473 PVT