1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
6  CLARA COUNTY SHERIFF'S
   DEPARTMENT, DEPUTY ENG, DEPUTY
7  ANDERSON and DEPUTY ROGERS

8

9  B. ROBERT ALLARD, ESQ.
   CORSIGLIA, MCMAHON & ALLARD, LLP
10 96 N. 3rd Street, Suite 620
   San Jose, California 95112-5572
11 Telephone:  (408) 289-1417
   Facsimile:  (408) 289-8127

12
   Attorney for Plaintiff
13 NICK MASTERS

14

15                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17

18 NICK MASTERS,                    )    No.    C08-02473 PVT
                                    )
19      Plaintiff,                  )    **JOINT CASE MANAGEMENT**
                                    )    **STATEMENT AND PROPOSED ORDER**
20 v.                               )
                                    )    Date:    September 3, 2008
21 COUNTY OF SANTA CLARA et. al.,   )    Time:    2:00 p.m.
                                    )    Crtrm.:  5
22      Defendants.                 )    Judge:   Magistrate Patricia V. Trumbull
   _____ )

23

24      The parties to the above-entitled action jointly submit this Case Management Statement

25 and proposed Order and request the Court to adopt it as its Case Management Order in this case.

26      1.    JURISDICTION AND SERVICE

27      This case was originally filed in State Court.  On May 14, 2008, Defendants removed the

28 case to United States District Court due to the federal questions alleged (civil rights, 28 U.S.C.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Case Management
Statement and Proposed Order          1                    0802473 PVT

1    §1983).  The parties agree jurisdiction and venue is proper.  All named Defendants have

2    appeared.

3        2.    <u>FACTS</u>

4        In the early evening hours of January 2, 2007, sheriff's deputies were investigating a

5    stolen vehicle/suspect at 10818 Estates Drive in Cupertino.  Deputies believed the suspect had

6    entered the residence and were preparing to enter and search the house.  Plaintiff, Nick Masters,

7    lived on Estates Drive and walked down the other side of the street to observe the unfolding

8    scene.  One of the deputies guarding the perimeter saw Plaintiff and advised Communications

9    that an unknown subject was standing in front of the suspect's house that matched the suspect's

10    description.  Communications requested a unit to respond to check out the unknown male

11    subject.  Defendant Deputy Eng responded to the location.

12        Plaintiff had remained across the street watching the events.  He had picked a couple of

13    oranges from a nearby tree and had them in his hands.  Deputy Eng arrived on the scene and

14    contact Plaintiff.  The parties dispute what happened after that.  It is undisputed that plaintiff

15    ended up being handcuffed and placed into the back of Eng's police car for a brief period.

16    Plaintiff contends deputies used excessive force in detaining him and placing him in the patrol

17    car.  Defendants contend that Plaintiff was armed, uncooperative and confrontational and that

18    any force that was used was objectively reasonable under the circumstances.

19        <u>Principle Disputed Facts</u>

20        a.    The nature and extent of Plaintiff's demeanor, conduct and statements when

21    approached by Deputy Eng.

22        b.    The nature and extent of Deputy Eng's demeanor, conduct and statements when

23    approaching Plaintiff.

24        c.    The customs, policies, practices, procedures and training of/by the Sheriff's

25    Department regarding the detention of possible suspects.

26        d.    The amount of force used to detain Plaintiff and place him into the vehicle.

27        e.    The nature and extent of any alleged damages and/or injuries sustained by Plaintiff.

28        f.    Causation issues regarding any alleged damages.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Case Management
Statement and Proposed Order    2    0802473 PVT

g.    The involvement/conduct of Defendants Anderson and Sergeant Rogers in the alleged events.

3.    LEGAL ISSUES

The parties note the following legal issues will be disputed.

a.    The applicability of California Civil Code §§51.7 and 52.1 to the alleged facts.

b.    The viability of "negligent hiring/negligent training" claims.

c.    The applicability of federal qualified immunity and state law immunities available to all Defendants under the facts and circumstances.

d.    The evidence regarding Monell claims and whether that evidence amounted to deliberate indifference to Plaintiff's rights.

e.    The nature and extent of any recoverable damages.

4.    MOTIONS

There are no Rule 12 motions pending.  All Defendants anticipate filing dispositive motions and request the Case Management Schedule/Order take those motions into account.

5.    AMENDMENTS

There are no amendments anticipated at this time to the pleadings.

6.    EVIDENCE PRESERVATION

The Defendants have preserved various audio recordings of the underlying events.  No document destruction has knowingly occurred, and Defendants believe all reasonably related documents have been maintained.

7.    DISCLOSURES

The parties anticipate compliance with Rule 26 disclosures pursuant to the initial Order Setting Initial Case Management Conference.

8.    DISCOVERY

Plaintiff has served proposed written discovery, and the parties have met and conferred regarding those requests.  No modification of the discovery guidelines in the FRCP are requested at this time.  The parties believe fact discovery can be completed by **May 15, 2009**.

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Case Management
Statement and Proposed Order                    3                    0802473 PVT

9.    CLASS ACTIONS

Not applicable.

10.    RELATED CASES

Not applicable.

11.    RELIEF SOUGHT

Plaintiff seeks monetary damages only.

12.    SETTLEMENT AND ADR

The parties have stipulated to the ENE process, to be completed by **December 19, 2008**.

13.    THE CONSENT TO MAGISTRATE JUDGE

The parties consent to Magistrate Judge Trumbull for all purposes.

14.    OTHER REFERENCES

No suitability for other references at this time.

15.    NARROWING OF ISSUES

The parties will meet and confer on these issues following the review of the initial

disclosures and discovery.

16.    EXPEDITED SCHEDULE

The parties do not believe any modified/expedited schedule is appropriate in this matter.

17.    SCHEDULING

The parties propose the following dates and deadlines:

| Event | Date |
| --- | --- |
| Discovery cutoff by. | May 15, 2009 |
| Disclosure of experts by. | June 12, 2009 |
| Expert discovery cutoff by. | July 24, 2009 |
| To file dispositive motions. | August 14, 2009 |
| Trial. | September 14, 2009 |

18.    TRIAL

Both parties request a jury trial.  Trial length is estimated at five days.

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Case Management
Statement and Proposed Order                4                0802473 PVT

1    19.   DISCLOSURE OF NON-PARTIES

2    No such parties are known.

3    20.   OTHER MATTERS

4    No other matters are known at this time.

5    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

6    "conformed" signature ( /S/ ) within this e-filed document.

7                                              ANN MILLER RAVEL
                                               County Counsel
8

9    Dated: August 26, 2008              By:    _____/S/_____
                                               DAVID M. ROLLO
10                                             Deputy County Counsel

11                                             Attorneys for Defendants
                                               COUNTY OF SANTA CLARA, SANTA
12                                             CLARA COUNTY SHERIFF'S
                                               DEPARTMENT, DEPUTY ENG,
13                                             DEPUTY ANDERSON and DEPUTY
                                               ROGERS
14

15

16   Dated: August 26, 2008              By:    _____/S/_____
                                               B. ROBERT ALLARD, ESQ.
17
                                               Attorney for Plaintiff
18                                             NICK MASTERS

19

20                              **ORDER**

21   The Court adopts this Case Management Statement as its Order.

22   IT IS SO ORDERED.

23

24   Date: _____       _____

25                                  MAGISTRATE PATRICIA V. TRUMBULL
                                    United States District Court Judge

26

27

28   141407.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Joint Case Management
Statement and Proposed Order              5                    0802473 PVT