UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK MASTERS,  )<br>  )<br>        Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>COUNTY OF SANTA CLARA, ET AL., )<br>  )<br>        Defendants.  )<br>_____ ) | Case No.: C 08-02473 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

    On September 2, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

    IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

    IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

    IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply in the above-captioned action.

1    IT IS FURTHER ORDERED that the parties complete their participation in the ENE process
2 no later than December 19, 2008.
3    IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4    Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 12, 2009
5    Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . June 26, 2008
6    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 15, 2009
7    Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 24, 2009
8    Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2
9    Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . .   10:00 a.m. on September 22, 2009
10   Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on October 21, 2009
11   Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on December 7, 2009
12   IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil
13 Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June
14 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content
15 of the Joint Pretrial Statement, and all other pretrial submissions.
16 Dated:    *September 2, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28