UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 9/2/08

Court Reporter: FTR     Clerk: Corinne Lew

Case No.: C 08-2473 PVT     Case Title: Masters  v.  County of Santa Clara

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| B. Robert Allard | David Rollo |

PROCEEDINGS

Pretrial Conferences:  [ ] Initial    [ ] Status    [ ] Discovery
                       [ ] Settlement    [ ] Final
                       [ ] Other    **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted         [ ] Submitted         [ ] Settled

[ ] Denied          [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part         [ ] Off Calendar

[ X ] Pretrial Conference set for 10/21/09 at 2:00 p.m., Jury Trial set for 12/7/09 at 9:30 a.m.; Parties referred to ENE.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff        [ ] Defendant        [ X ] Court        [ ] Court w/opinion

cc: ENE