# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Masters,<br><br>           Plaintiff(s),<br><br>    v.<br><br>County of Santa Clara,<br><br>           Defendant(s). | 08-02473 PVT ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**James V. Fitzgerald**
McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer LLP
1211 Newell Ave., 2nd Fl.
Walnut Creek, CA 94596
925-939-5330
James.Fitzgerald@Mcnamaralaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-02473 PVT ENE                                      - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: September 3, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
08-02473 PVT ENE                              - 2 -