ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, DEPUTY ANDERSON AND DEPUTY ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| NICK MASTERS,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>  Defendants. | No. 0802473 PVT<br><br>**STIPULATION AND [XXXXXXXXXX ORDER EXTENDING DEADLINE FOR EARLY NEUTRAL EVALUATION (ENE)**<br>**(ADR Local Rule 5.5)** |

COME NOW THE PARTIES who have stipulated to the following request for an Order extending the deadline by which this matter may be subject to an Early Neutral Evaluation (hereinafter "ENE") to and including Friday, February 27, 2009.

**CASE STATUS/REQUEST**

This case was referred to the ENE process on September 2, 2008 following the initial Case Management Conference. Since that referral, the parties have been exchanging information in good faith in lieu of formal discovery. Unfortunately, counsel for both sides have had numerous calendar conflicts with regard to availability for depositions and formal compliance with all ENE requirements. Counsel agree that the current ENE deadline needs to be extended to allow for an orderly progression of discovery and preparation for a meaningful ENE process. This is the first such request in this matter. Counsel do not anticipate that the

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Extending
Deadline for Early Neutral Evaluation (ENE)    -1-                         0802473 PVT

requested extension will impact any other case management dates set forth in the Case Management Order.

Dated: December 4, 2008     By:     /S/
                                    B. ROBERT ALLARD, ESQ.

                                    Attorney for Plaintiff
                                    NICK MASTERS

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

Dated: December 4, 2008                 Respectfully submitted,

                                        ANN MILLER RAVEL
                                        County Counsel

                            By:     /S/
                                    DAVID M. ROLLO
                                    Deputy County Counsel

                                    Attorneys for Defendants
                                    COUNTY OF SANTA CLARA, SANTA
                                    CLARA COUNTY SHERIFF'S
                                    DEPARTMENT, DEPUTY ENG,
                                    DEPUTY ANDERSON AND DEPUTY
                                    ROGERS

**ORDER**

The Court has considered the Stipulation to extend the deadline by which this matter be subject to an Early Neutral Evaluation and makes the following Order: the deadline by which the ENE process be completed is extended to February 27, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: December 5, 2008

_Patricia V. Trumbull_
MAGISTRATE PATRICIA V. TRUMBULL
United States District Court Judge

157027.wpd

Stipulation and [Proposed] Order Extending
Deadline for Early Neutral Evaluation (ENE)        -2-                         0802473 PVT

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California