1  **B. ROBERT ALLARD**  SBN 175592
   **CORSIGLIA MCMAHON & ALLARD** LLP
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127
4
   ATTORNEYS FOR PLAINTIFF
5  NICK MASTERS

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 NICK MASTERS,                        )   No. C08-02473 PVT
                                        )
13        Plaintiff,                    )
                                        )   **STIPULATION AND** ~~PROPOSED~~
14 vs.                                  )   **ORDER EXTENDING DEADLINE FOR**
                                        )   **EARLY NEUTRAL EVALUATION (ENE)**
15 COUNTY OF SANTA CLARA, et al.        )   **(ADR Local Rule 5.5)**
                                        )
16        Defendants.                   )
   _____      )
17

18        COME NOW THE PARTIES who have stipulated to the following request for an Order

19 extending the deadline by which this matter may be subject to an Early Neutral Evaluation

20 (hereinafter "ENE") to and including Friday, May 8, 2009

21                          **CASE STATUS/REQUEST**

22        This case was referred to the ENE process on September 2, 2008 following the initial

23 Case Management Conference.  Since that referral, the parties have been exchanging

24 information in good faith in lieu of formal discovery.  Unfortunately, due to a trial that was

25 handled by Mr. Allard, counsel for Plaintiff was unable to take the deposition of Defendant as

26 scheduled and numerous calendar conflicts occurred.  Additionally, counsel for both sides

27 have had numerous calendar conflicts with regard to availability for depositions and formal

28
   1
   **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR EARLY NEUTRAL EVALUATION (ENE)
   (ADR Local Rule 5.5)
   Case No. CO8 022473 PVT**

compliance with all ENE requirements. Counsel agree that the current ENE deadline needs to be extended to allow for an orderly progression of discovery and preparation for a meaningful ENE process. This is the second such request in this matter. Counsel do not anticipate that the requested extension will impact any other case management dates set forth in the Case Management Order.

Dated: February 11, 2009          CORSIGLIA McMAHON & ALLARD

By: /s/
      B. ROBERT ALLARD
      Attorneys for Plaintiff
      NICK MASTERS

Dated: February 11, 2009          ANN MILLER RAVEL
                                  County Counsel

By: /s/
      DAVID M. ROLLO
      Deputy County Counsel
      Attorneys for Defendants
      COUNTY OF SANTA CLARA
      SANTA CLARA COUNTY SHERIFF'S DEPT.
      DEPUTY ENG, DEPUTY ANDERSON
      and DEPUTY ROGERS

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature ( /S/ ) within this e-filed document.

**ORDER**

The Court has considered the Stipulation to extend the deadline by which this matter be subject to an Early Neutral Evaluation and makes the following Order: the deadline by which the ENE process be completed is extended to May 8, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___2/18/09__                 _____
                                   MAGISTRATE PATRICIA V. TRUMBULL
                                   United States Magistrate Judge