| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| 2 | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)<br>OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor<br>San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900<br>Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendants |
| 6 | COUNTY OF SANTA CLARA, SANTA<br>CLARA COUNTY SHERIFF'S |
| 7 | DEPARTMENT, DEPUTY ENG,<br>DEPUTY ANDERSON AND DEPUTY |
| 8 | ROGERS |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | |
|---|---|---|
| NICK MASTERS, | ) | No.   0802473 PVT |
| Plaintiff, | ) | **STIPULATION AND REQUEST FOR ORDER CHANGING TIME OF FACT DISCOVERY AND EXPERT DISCOVERY; DECLARATION OF DAVID M. ROLLO (CIVIL L. R. 6-2)** |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

COME NOW THE PARTIES who have stipulated to the following request for an Order changing the deadline for Fact Discovery cut-off and Expert Discovery cut-off as follows:

| CURRENT CASE MANAGEMENT ORDER | PROPOSED NEW DATE/ORDER |
|---|---|
| Fact Discovery Cutoff. . . . . . . . May 15, 2009 | July 17, 2009 |
| Expert Discovery Cutoff. . . . . . July 24, 2009 | August 24, 2009 |

/ /

/ /

---

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Changing Time
of Fact and Expert Discovery; Dec. of David Rollo   -1-                                    0802473 PVT

This Stipulation and proposed Order is accompanied by the Declaration of David M. Rollo attached hereto.

**IT IS SO STIPULATED.**

Dated: By:     /S/
    B. ROBERT ALLARD, Esq.
    Attorney for Plaintiff

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: May 14, 2009      Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:     /S/
    DAVID M. ROLLO
    Deputy County Counsel
    Attorneys for Defendants

## ORDER

The Court has considered the Stipulation to extend the fact and expert discovery cutoff dates set forth in its Case Management Order. The Court makes the following Order pursuant to the Stipulation. The Case Management Order is modified as follows:

Fact Discovery Cutoff is now **July 17, 2009**.

Expert Discovery Cutoff is now **August 24, 2009**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 18, 2009

*Patricia V. Trumbull*
MAGISTRATE PATRICIA V. TRUMBULL
United State District Court Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Changing Time
of Fact and Expert Discovery; Dec. of David Rollo    -2-      0802473 PVT

DECLARATION OF DAVID M. ROLLO IN SUPPORT OF STIPULATION AND REQUEST

1.	I, David M. Rollo, state that I am a Deputy County Counsel duly licensed to practice law before this Court and all California courts, and am the attorney of record for the defendants herein.

2.	This request for an order extending the fact and expert discovery cutoff dates is jointly made by both sides in order to allow for the completion of necessary discovery and to accommodate the schedules of counsel.

3.	I had been set for a two week jury trial in the Colorado District Court set to commence on April 6, 2009. I was tied up preparing for that matter for the first few months of 2009. That case was partially decided by motion and an interlocutory appeal was filed. On April 1, 2009, I was hospitalized for a day for an acute episode of atrial fibrillation and have taken multiple sick days since that time for follow-up medical care and evaluation. I have not been as available as I would have liked and have had to postpone and reschedule various matters.

4.	My schedule for May-July, 2009 includes a prepaid out-of-state vacation from June 15-June 24, and an inpatient surgical procedure July 8-July 10. I also have multiple depositions in two other federal court matters either set or being set during this period. Accordingly, I believe the requested extensions will accommodate these calendaring issues.

5.	The parties recently completed the ENE process which both sides found helpful. Plaintiff's medical condition was recently updated and counsel are cooperating in securing medical records and other documentation to comply with their Rule 26 disclosure obligations. The parties anticipate the need for several more depositions, including third party witnesses, and will need the additional time for scheduling purposes.

6.	This is the first request to modify the discovery cutoff dates. There was a previous request to extend the time for the ENE to be heard. The parties do not expect the trial date of

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Changing Time
of Fact and Expert Discovery; Dec. of David Rollo     -3-                                    0802473 PVT

1  December 7, 2009 or the last date for dispositive motions of September 22, 2009 to be impacted
2  by the time extensions.
3      I declare under penalty of perjury that the foregoing is true and correct and that this
4  Declaration was executed on May 14, 2009, in the City of San Jose, State of California.

                                                      /S/
                                        DAVID M. ROLLO

11  184023.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Changing Time
of Fact and Expert Discovery; Dec. of David Rollo  -4-                               0802473 PVT