UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK MASTERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF SANTA CLARA, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 08-02473 PVT <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** |

On June 12, 2008, the parties filed a proposed stipulated protective order to governing their respective disclosures of certain confidential material in the above-captioned action. Having reviewed the proposed stipulated protective order, the court finds the following deficiencies:

(1) the stipulated protective order fails to reference that confidential material must qualify for protection under the standards developed under Rule 26(c);

(2) the stipulated protective order fails to provide appropriate instructions for requesting confidential materials be filed under seal pursuant to Local Rule 79-5; and

(3) the stipulated protective order fails to include as an exhibit a sample agreement to be bound by the order to be signed by anyone who is given access to confidential information.

Additionally, the parties are advised to review the model stipulated protective order on the court's

ORDER, *page 1*

1 | website located at www.cand.uscourts.gov.

2 |     IT IS SO ORDERED.

3 | Dated: June 15, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28