ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, DEPUTY ANDERSON and DEPUTY ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| NICK MASTERS, | No.   0802473 PVT |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

    Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted.  Accordingly, Plaintiff NICK MASTERS and Defendants COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, DEPUTY ROGERS, and DEPUTY ANDERSON stipulate to the following terms and conditions respecting specifically designated/marked documents and items produced in this litigation by the Defendants, from and after January 12, 2009, in response to plaintiff's discovery requests and depositions.

    1.    It is agreed that for the purpose of this Order, the term "CONFIDENTIAL" shall

relate to information (regardless of how generated, store or maintained) or tangible things that qualify for protection under standards developed under F.R.Civ.P. 26(c);

2.      It is agreed that Plaintiff will restrict access to all documents and items - marked "CONFIDENTIAL" by the Defendants – to the following individuals:  Each named Plaintiff, Plaintiff's attorney (including staff) and litigation consultants;

3.      It is agreed that those portions of the deposition of Deputy Eng, including, but not limited to, page 17, line 6 through page 24, line 9, inclusive, are considered "CONFIDENTIAL" and subject to the provisions of this STIPULATED PROTECTIVE ORDER;

4.      Nothing contained herein shall prohibit counsel for the Plaintiff and the Defendants from using or referring to the marked documents or items in motion papers or pleadings filed with the Court in this action.  If marked documents or items subject to this protective order are contained within or attached to any pleading, the Defendants will have the right to move that the any pleading be sealed pursuant to Court Order.  A party that seeks to file under seal any protected material must comply with Civil Local Rule 79-5;

5.      Where permitted by the rules of evidence, the marked documents or items may be exhibited to witnesses during the trial or pretrial proceedings in this action provided, however, that to the extent that the transcript of any trial or pretrial proceeding or the exhibits thereto incorporate or reference the documents or items, such transcript and any such exhibits may be sealed in accordance with the Court's rules and procedures upon application therefore by the Defendants;

6.      Upon case disposition, Plaintiff agrees to dispose of all of the documents and items (and all duplicates and /or copies thereof) or return same to the Defendants' attorney of record;

7.      If there is any unauthorized disclosure of any documents or items subject to this Order by any person, said person may be subject to sanctions and civil contempt for violation of this Order, in accordance with the procedures of the Court.  In addition, if a receiving party learns that, by inadvertence or otherwise, it has disclosed protected material to any person or in

any circumstance not authorized under this Stipulated Protective Order, the receiving party must immediately (a) notify in writing the designating party of the unauthorized disclosures, (b) use its best efforts to retrieve all copies of the protected material, (c) inform the person or persons to whom unauthorized disclosures were made of all the terms of this Order, and (d) request such person or persons to execute the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A.

8. This Order is subject to modification pursuant to written stipulation between the parties and/or appropriate motion procedures.

Dated: June 23, 2009

By: _____/S/_____
B. ROBERT ALLARD
Attorney for Plaintiff

I hereby attest that I have on file holograph signature for the signature indicated by a "conformed" signature ( /S/ ) within this e-filed document.

Dated: June 22, 2009

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, DEPUTY ANDERSON AND DEPUTY ROGERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June 26, 2009

_____
MAGISTRATE PATRICIA V. TRUMBULL
United States District Court Magistrate Judge

189219.wpd