1  MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
6  CLARA COUNTY SHERIFF'S
   DEPARTMENT, DEPUTY ENG,
7  DEPUTY ANDERSON AND DEPUTY
   ROGERS

8

9                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10                          (SAN JOSE)

11  NICK MASTERS,                    )  No.    0802473 PVT
                                     )
12       Plaintiff,                  )  **STIPULATION AND REQUEST FOR**
                                     )  **ORDER MODIFYING CASE**
13  v.                               )  **MANAGEMENT ORDER;**
                                     )  **DECLARATIONS OF B. ROBERT ALLARD**
14  COUNTY OF SANTA CLARA, et al.,   )  **AND DAVID M. ROLLO**
                                     )
15       Defendants.                 )
                                     )
16  _____ )

17       COME NOW THE PARTIES who have stipulated to the following request for an Order

18  modifying the Case Management order as follows:

19  CURRENT CASE MANAGEMENT ORDER              PROPOSED NEW DATE/ORDER

20  Fact Discovery Cutoff. . . . . . . . July 17, 2009      October 2, 2009

21  Expert Discovery Cutoff. . . . . . August 24, 2009      November 20, 2009

22  Deadline(s) for Filing
    Discovery Motions. . . . . . . . . .See Civil Local     See Civil Local Rule 26-2
23                       Rule 26-2

24  Last Day for Dispositive
    Discovery Motions. . . . . . . . . .September 22, 2009   January 26, 2010, 10:00 a.m.
25                       10:00 a.m.

26  Final Pretrial Conference. . . . . . .October 21, 2009   February 16, 2010, 2:00 p.m.
                         2:00 p.m.
27
    Jury Trial. . . . . . . . . . . . . . . . . . December 7, 2009   March 29, 2010, 9:30 a.m.
28                       9:30 a.m.

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declarations of B. Robert Allard
and David M. Rollo                    -1-                    0802473 PVT

1    This Stipulation and proposed Order is accompanied by the Declarations of B. Robert

2  Allard and David M. Rollo attached hereto.

3  **IT IS SO STIPULATED.**

4  Dated: July 20, 2009                    By:    _____/S/_____
                                                  B. ROBERT ALLARD, Esq.
5                                                 Attorney for Plaintiff

6    I hereby attest that I have on file the holograph signature for the signature indicated by a

7  "conformed" signature (/S/) within this e-filed document.

8  Dated: July 20, 2009                          Respectfully submitted,

9                                                 MIGUEL MÁRQUEZ
                                                  Acting County Counsel
10
                                           By:    _____/S/_____
11                                                DAVID M. ROLLO
                                                  Deputy County Counsel
12
                                                  Attorneys for Defendants
13

14                              **ORDER**

15    The Court has considered the Stipulation to modify the Case Management Order.  The

16  Court makes the following Order pursuant to the Stipulation.  The Case Management Order is

17  modified as follows:

18  Designation of Experts.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **October 9, 2009**

19  Designation of Rebuttal Experts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **October 23, 2009**

20  Fact Discovery Cutoff.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **October 2, 2009**

21  Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **November 20, 2009**

22  Deadline(s) for Filing Discovery Motions.. . . . . . . . . . . . . . . . . . . . . . **Civil Local Rule 26-2**

23  Last Day for Dispositive Discovery Motions.. . . . . . . . . . . . . . . **January 26, 2010, 10:00 a.m.**

24  Final Pretrial Conference.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **February 16, 2010, 2:00 p.m.**

25  Jury Trial. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **March 29, 2010, 9:30 a.m.**

26  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

27  Date: ___July 27, 2009___                      _Patricia V. Trumbull_
                                                  _____
28                                                MAGISTRATE PATRICIA V. TRUMBULL
                                                  United State District Court Judge

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declarations of B. Robert Allard
and David M. Rollo                    -2-                    0802473 PVT

DECLARATION OF B. ROBERT ALLARD IN SUPPORT OF
STIPULATION AND REQUEST FOR ORDER

I, B. ROBERT ALLARD, declare as follows:

1.      I am an attorney at law duly licensed to practice before the courts of the State of California.  I am a partner of the law offices of Corsiglia, McMahon & Allard, attorneys for Plaintiff NICK MASTERS herein.

2.      I think that a continuation of the discovery cut off and trial date is warranted in this case for the following reasons:

3.      The case has become more complex both from a liability and damages standpoint. This is an excessive force case.   The personnel file of the subject police officer was recently turned over.  These documents as well as others will have to be forwarded to an expert for review and analysis.  The parties have otherwise been diligent with regard to liability.  Plaintiff in particular has taken three depositions: the subject officer, his partner and supervisor.

4.      With regard to damages, the medical bills and injuries are more expansive as originally contemplated.  My client by all accounts has a serious neck injury which has necessitated medical care totaling almost $70,000, which includes multiple cervical injections.   Surgery is apparently indicated.  Therefore, more assessment and analysis needs to be done in this regard.

5.      Otherwise, my schedule is such that a continuation is necessary.  As it stands now, I have a serious neck injury case set for trial in Santa Clara County on October 5, a serious auto case involving a family of 6 in early November in Yolo County and a wrongful death case which will be set for trial in Santa Clara County in either December or January of 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 20, 2009, in the City of San Jose, State of California.


_____
        /S/
B. ROBERT ALLARD

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declarations of B. Robert Allard
and David M. Rollo                                    -3-                                    0802473 PVT

## DECLARATION OF DAVID M. ROLLO IN SUPPORT OF
## STIPULATION AND REQUEST FOR ORDER

1.      I, David M. Rollo, state that I am a Deputy County Counsel duly licensed to practice law before this Court and all California courts, and am the attorney of record for the defendants herein.

2.      This request for an order modifying the Case Management Order is jointly made by both sides.  Plaintiff's medical condition is not stable.  Plaintiff has recently provided updated medical billings and records as required under Rule 26(a)(1).  Defendants recently (June 10, 2009) subpoenaed records of newly disclosed medical providers and have received extensive new medical reports on June 30, July 6 and July 8.  Other subpoenaed records are currently outstanding.  Plaintiff has testified in his deposition that he expects to undergo further testing and medical procedures in the coming months, and his current prognosis is unknown.  As of the date of the ENE on May 5, 2009, plaintiff claimed medical specials of $28,288.  Counsel for defendants is informed and believes that the current claim for medical specials is in excess of $72,000.  The parties agree that the current Case Management Order needs to be modified in order to accommodate the changed circumstances regarding plaintiff's medical status, and allow for the orderly completion of examination, treatment and such further discovery as necessary to evaluate plaintiff's condition and claims before trial.  The parties also agree that the modifications to the Case Management Order are necessary to accommodate the schedules of counsel as further set forth in the supporting declarations of counsel.

3.      Counsel for defendants underwent an in-patient surgical procedure July 8, 2009 through July 10, 2009.  This procedure was preceded by various medical appointments and time off in the weeks prior to the surgery.  Further time off will taken during the week of July 13, 2009, and further follow-up tests and appointments are anticipated.  During this time period, fact discovery in the matter of *Watson v. County of Santa Clara* (N.D. Cal. no. C06-4029 RMW) was being completed pursuant to a court ordered discovery cut-off date of July 15, 2009.  This case has involved dozens of depositions and multiple written discovery requests.  Counsel for defendants herein is the lead trial counsel in the *Watson* case.

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declarations of B. Robert Allard
and David M. Rollo                          -4-                          0802473 PVT

4.     The parties had expected the previous modification to the Case Management Order (Document 23, filed May 18, 2009) to allow for the completion of discovery.  The changing circumstances surrounding plaintiff's medical claims and the need for additional time to investigate those claims has, in large part, necessitated the requested modifications to the Order.

5.     Counsel have met and conferred regarding the requested pre-trial and trial dates and will hold those dates available on their calendars.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 20, 2009, in the City of San Jose, State of California.


_____
        /S/
DAVID M. ROLLO

195794.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declarations of B. Robert Allard
and David M. Rollo                    -5-                    0802473 PVT