| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
| | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, DEPUTY ENG, DEPUTY ANDERSON AND DEPUTY ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

NICK MASTERS,           )  No.   0802473 PVT
                        )
   Plaintiff,           )  **ORDER ON STIPULATION AND REQUEST**
                        )  **FOR ORDER ODIFYING CASE**
v.                      )  **MANAGEMENT ORDER**
                        )
COUNTY OF SANTA CLARA, et al., )
                        )
   Defendants.          )
_____)

COME NOW THE PARTIES who have stipulated to the following request for an Order modifying the Case Management order as follows:

| CURRENT CASE MANAGEMENT ORDER | PROPOSED NEW DATE/ORDER |
|---|---|
| Expert Discovery Cutoff. . . . . . December 31, 2009 | July 16, 2010 |
| Deadline(s) for Filing Discovery Motions. . . . . . . . . . .See Civil Local Rule 26-2 | See Civil Local Rule 26-2 |
| Last Day for Dispositive Discovery Motions. . . . . . . . . .January 26, 2010 10:00 a.m. | January 26, 2010, 10:00 a.m. |
| Final Pretrial Conference. . . . . . February 16, 2010 2:00 p.m. | August 24, 2010, 2:00 p.m. |
| Jury Trial. . . . . . . . . . . . . . . . . . March 29, 2010 9:30 a.m. | September 20, 2010, 9:30 a.m. |

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declaration of David M. Rollo   -1-                           0802473 PVT

This Stipulation and proposed Order is accompanied by the Declaration of David M. Rollo attached hereto.

**IT IS SO STIPULATED.**

Dated: December 24, 2009        By:    /S/
                                    B. ROBERT ALLARD, Esq.
                                    Attorney for Plaintiff

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: December 24, 2009        Respectfully submitted,

                                MIGUEL MÁRQUEZ
                                Acting County Counsel

                         By:    /S/
                                DAVID M. ROLLO
                                Deputy County Counsel

                                Attorneys for Defendants

### ORDER

The Court has considered the Stipulation to modify the Case Management Order. The Court makes the following Order pursuant to the Stipulation. The Case Management Order is modified as follows:

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **July 16, 2010**

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . . . . . **Civil Local Rule 26-2**

Last Day for Dispositive Discovery Motions. . . . . . . . . . . . . . . . . **January 26, 2010, 10:00 a.m.**

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **August 24, 2010, 2:00 p.m.**

Jury Trial. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **September 20, 2010, 9:30 a.m.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ____*12/31/90*_____                    _____
                                                  PATRICIA V. TRUMBULL
                                                  United State Magistrate Judge

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declaration of David M. Rollo   -2-                               0802473 PVT