1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
6  CLARA COUNTY SHERIFF'S
   DEPARTMENT, DEPUTY ENG,
7  DEPUTY ANDERSON AND DEPUTY
   ROGERS
8

9                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
10                           (SAN JOSE)

11

12 | NICK MASTERS,            | )  No. 08-02473 PVT
                              | )
13 |     Plaintiff,           | )  **STIPULATION AND REQUEST FOR**
                              | )  **ORDER MODIFYING CASE**
14 | v.                       | )  **MANAGEMENT ORDER; DECLARATION**
                              | )  **OF DAVID M. ROLLO**
15 | COUNTY OF SANTA CLARA, et al., | )
                              | )
16 |     Defendants.          | )
                              | )
17

18       COME NOW THE PARTIES who have stipulated to the following request for an Order

19 modifying the Case Management order as follows:

20 CURRENT CASE MANAGEMENT ORDER          PROPOSED NEW DATE/ORDER

21 Expert Discovery Cutoff. . . . . . July 16, 2010     August 13, 2010

22 Final Pretrial Conference. . . . . . August 24, 2010   Unchanged
                                         2:00 p.m.
23

24 Jury Trial. . . . . . . . . . . . . . . . . . September 20, 2010   Unchanged
                                          9:30 a.m.
25

26 / /

27 / /

28 / /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declaration of David M. Rollo   -1-                    08-02473 PVT

1  This Stipulation and proposed Order is accompanied by the Declaration of David M. Rollo attached hereto.

**IT IS SO STIPULATED.**

Dated: July 2, 2010         By:     /S/
                                    B. ROBERT ALLARD, Esq.
                                    Attorney for Plaintiff

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: July 2, 2010         Respectfully submitted,

                            MIGUEL MÁRQUEZ
                            County Counsel

                            By:     /S/
                                    DAVID M. ROLLO
                                    Deputy County Counsel

                            Attorneys for Defendants

## ORDER

The Court has considered the Stipulation to modify the Case Management Order. The Court makes the following Order pursuant to the Stipulation. The Case Management Order is modified as follows:

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **August 13, 2010**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: July 12, 2010         _Patricia V. Trumbull_
                            MAGISTRATE PATRICIA V. TRUMBULL
                            United State District Court Judge

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declaration of David M. Rollo   -2-                    08-02473 PVT

DECLARATION OF DAVID M. ROLLO IN SUPPORT OF
STIPULATION AND REQUEST FOR ORDER

I, David M. Rollo, declare as follows;

1. I am employed as a Deputy County Counsel for the County of Santa Clara and am duly licensed to practice law before this Court and all California courts. I am attorney of record for the defendants herein.

2. This request for an order modifying the Case Management Order is made jointly pursuant to stipulation. Counsel for both parties have met and conferred regarding the proposed trial date and other modified dates.

3. The parties have been working jointly to schedule depositions of expert witnesses, the majority of which are treating physicians. These health care professionals have limited availability for depositions. Counsel for plaintiff is currently on a two week vacation out of the country and will return the week of July 12. The parties need additional time to schedule and complete the depositions.

4. The parties have previously requested modifications to the Case Management Order on May 18, 2009 (Document 23), July 20, 2009 (Document 29) and October 9, 2009 (Document 33) due in part to medical reasons/leaves by defendants' counsel, and in part to plaintiff's unresolved medical condition.

I declare under penalty of perjury that the foregoing is true and correct, and I executed this Declaration on July 2, 2010, at San Jose, California.

_____/S/_____
DAVID M. ROLLO

292363.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Request for Order Modifying Case
Management Order; Declaration of David M. Rollo   -3-                              08-02473 PVT