UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NICK MASTERS, | ) | Case No.: 08-CV-02473-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING NEW SCHEDULE |
| v. | ) ) | |
| COUNTY OF SANTA CLARA, ET AL., | ) ) | |
| Defendants. | ) ) | |

On December 10, 2010, the parties filed a Joint Case Management Statement informing the Court that "a mediated settlement was reached on December 9, 2010." *See* Dkt. #46. Per the parties' statement that a stipulation of dismissal is expected within 30 days, the Court continues the Case Management Conference scheduled for Wednesday, December 15, 2010 at 2:00 p.m. to Wednesday, February 2, 2011 at 2:00 p.m. The deadline for the parties to file their stipulated dismissal is Friday, January 14, 2011. In the event the case does not fully settle, the following schedule (in bold) will replace the current schedule:

| | CURRENT SCHEDULE | **NEW SCHEDULE** |
|---|---|---|
| Fact Discovery Cut-off Regarding Plaintiffs Damages ONLY | December 17, 2010 | **January 28, 2011** |
| Expert Discovery Cut-off | February 18, 2011 | **March 18, 2011** |
| Final Pretrial Conference | March 8, 2011 | **April 6, 2011** |
| Jury Trial | March 28, 2011 | **April 25, 2011** |

1

Case No.: 08-CV-02473-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING SCHEDULE

The parties may address the new schedule at the February 2, 2011 Case Management Conference. However, given the age of this case, the parties shall be prepared to try this case this spring.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge